**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                             :          CHAPTER 13

Pamela Darlene Johnson

          DEBTOR                        :          BKY. NO.  20-14817

**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**

1.  That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the MOTION TO  EXTEND 30 DAY STAY    was served to all interested parties via Electronic Means or Via Regular Mail.

2.   That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

                                                          Respectfully submitted,

DATE:  January 7, 2021                    _____/s/_____
                                                          MICHAEL A. CATALDO
                                                          CIBIK & CATALDO, P.C.
                                                          1500 WALNUT STREET, STE. 900
                                                          PHILADELPHIA, PA 19102
                                                          (215) 735-1060