United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14817-pmm |
| Pamela Darlene Johnson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

**Recip ID            Recipient Name and Address**
db              +  Pamela Darlene Johnson, 323 Lincoln Avenue, Nazareth, PA 18064-2610

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

**Name**                **Email Address**

KERI P EBECK
    on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

MICHAEL A. CATALDO2
    on behalf of Debtor Pamela Darlene Johnson ecf@ccpclaw.com  igotnotices@ccpclaw.com

MICHAEL A. CIBIK2
    on behalf of Debtor Pamela Darlene Johnson ecf@ccpclaw.com  igotnotices@ccpclaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4          User: admin          Page 2 of 2
Date Rcvd: Jan 19, 2021          Form ID: pdf900          Total Noticed: 1
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        Chapter 13

Pamela D. Johnson
    (DEBTOR)                                :        Bankruptcy No. 20-14817PMM13

**O R D E R**

    AND NOW upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362 (c)(3)(B) ("the Motion") and there being no opposition to the motion,

    It is hereby **ORDERED** that:

1.  The Motion is Granted.

2.  The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: **January 19, 2021**

By the Court:

*Patricia M. Mayer*

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge