| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Pamela**    **Darlene**    **Johnson** <br> First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **20-14817PMM13** |

☑ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral | *Column B* <br> **Value of collateral that supports this claim** | *Column C* <br> **Unsecured portion** <br> If any |
|---|---|---|---|---|
| **2.1** <br> **Ally Bank** <br> Creditor's name <br> **PO Box 130424** <br> Number   Street <br><br> **Roseville**    **MN**    **55113-0004** <br> City    State    ZIP Code | **Describe the property that secures the claim:** <br> **vehicle** <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $14,503.32 | $0.00 | $14,503.32 |

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $14,503.32

Debtor 1 **Pamela Darlene Johnson**      Case number (if known) **20-14817PMM13**

|  | **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|

**2.2**

**Bank of America**
Creditor's name
**Attn: Bankruptcy**
Number  Street
**4909 Savarese Circle**

**Tampa**    **FL**    **33634**
City    State    ZIP Code

**Describe the property that secures the claim:**    $183,000.00    $158,800.00    $24,200.00

**323 Lincoln Avenue, Nazareth, PA 18064**

**Who owes the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [✓] Other (including a right to offset)
  **1st Mortgage**

**Date debt was incurred**   **04/2008**    **Last 4 digits of account number**   0   8   7   5

**2.3**

**Bank of America**
Creditor's name
**Attn: Bankruptcy**
Number  Street
**4909 Savarese Circle**

**Tampa**    **FL**    **33634**
City    State    ZIP Code

**Describe the property that secures the claim:**    $23,000.00    $23,000.00

**323 Lincoln Avenue, Nazareth, PA 18064**

**Who owes the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [✓] Other (including a right to offset)
  **Mortgage arrears**

**Date debt was incurred**   **Various**    **Last 4 digits of account number**   0   8   7   5

**Add the dollar value of your entries in Column A on this page. Write that number here:**    **$206,000.00**

Debtor 1    **Pamela Darlene Johnson**                                  Case number (if known)   **20-14817PMM13**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**Part 1:** **Additional Page** — After listing any entries on this page, number them sequentially from the previous page.

---

**2.4**

**Harley Davidson Credit**
Creditor's name
**PO BOX 21850**
Number    Street

**Carson City**    **NV**    **89721**
City                State    ZIP Code

**Describe the property that secures the claim:**    $10,432.38    $0.00    $10,432.38

motorcycle

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

---

**2.5**

**Nazareth Borough**
Creditor's name
**134 S.Main Street**
Number    Street

**Nazareth**    **PA**    **18064**
City                State    ZIP Code

**Describe the property that secures the claim:**    $7,000.00    $158,800.00    $7,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
   **Garbage/Recycling Arrears**

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    **$17,432.38**

Official Form 106D    **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**    page 3

Debtor 1  **Pamela Darlene Johnson**    Case number (if known) **20-14817PMM13**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**Part 1:   Additional Page**
After listing any entries on this page, number them sequentially from the previous page.

**2.6**
**Nazareth Borough Muni Authority**
Creditor's name
**PO Box A**
Number    Street

Nazareth          PA    18064
City              State   ZIP Code

**Describe the property that secures the claim:**   $4,350.00   $158,800.00   $4,350.00
**323 Lincoln Avenue, Nazareth, PA 18064**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Sewer Arreares**

**Date debt was incurred** _____    **Last 4 digits of account number**  2  9  1  1

**2.7**
**NBMA**
Creditor's name
**PO Box 194**
Number    Street

Nazareth          PA    18064
City              State   ZIP Code

**Describe the property that secures the claim:**   $50.00   $158,800.00   $50.00
**323 Lincoln Avenue, Nazareth, PA 18064**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Sewer Arreares**

**Date debt was incurred** _____    **Last 4 digits of account number**  9  1  1  1

**Add the dollar value of your entries in Column A on this page. Write that number here:**    **$4,400.00**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**    **$242,335.70**

Official Form 106D        **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**        page 4