**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  **Pamela Darlene Johnson**                              CASE NO  **20-14817PMM13**

                                                                CHAPTER  **13**

*AMENDED 3/15/2021*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/15/2021                                  Signature  **/s/ Pamela Darlene Johnson**
                                                            *Pamela Darlene Johnson*


Date _____                 Signature _____

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Ally Financial
P.O. Box 130424
Roseville, MN 55113

American Express National Bank
c/o Becket and Lee LLP
PO BOX 3001
Malvern, PA 19355-0701

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America, N. A.
P.O. Box 982284
El Paso, TX 79998-2238

Calvary SPVI, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Capital One Bank
PO BOX 71083
Charlotte, NC 28272

Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Cibik and Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

```
City Of Philadelphia
Major Tax Unit/Bankruptcy Dept.
1401 JFK Blvd, Room 580
Philadelphia, PA 19102


City of Philadelphia
Bankruptcy Unit
15th Floor
1515 Arch Street
Philadelphia, PA 19102

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101


Dennis Johnson
919 East. 4th Street
Bethlehem, PA 18015



Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025


Equifax
P.O. Box 740241
Atlanta, GA 30374



Experian
Profile Maintenance
P.O. Box 9558
Allen, Texas 75013


Harley Davidson Credit
PO BOX 21850
Carson City, NV 89721



Harley-Davidson Credit Corporation
PO Box 9013
Addison, TX 75001
```

```
I.R.S.
P.O. Box 7346
Philadelphia, PA  19101-7346




I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346




Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56303




LVNV Funding
Resurgent Capital Services
PO box 10587
Greenville SC 29603-0587




Met-Ed
101 Crawford's Corner Rd
Bldg #1, Suite 1-511
Holmdel, NJ 07733


Midland Funding, LLC
P.O. Box 2001
Warren, MI 48090-2001




Nazareth Borough
134 S.Main Street
Nazareth, PA 18064




Nazareth Borough Muni Authority
PO Box A
Nazareth, PA 18064




NBMA
PO Box 194
Nazareth, PA 18064
```

PA Dept. of Revenue
Bankruptcy Division
Bureau of Compliance
P.O. Box 280946
Harrisburg, PA 17120-0946

People First FCU
2141 Downyflake Lane
Allentown, PA 18103

Philadelphia Parking Authority
Bankruptcy Department
701 Market Street
Philadelphia, PA 19106

Philadelphia Traffic Court
Hon. Gary Glazer
800 Spring Garden Street
Philadelphia, PA 19123

Pierce & Steirer, LLC
124 Belvidere Street
Nazareth, PA 18064

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

Quantum3 Group LLC For CF Medical LLC
PO BOX 788
Kirkland, WA 98083-0788

T-Mobile USA
4515 N. Sante Fe Avenue
Oklahoma City, OK 73118

Trans Union Corporation
Public Records Department
555 West Adams Street
Chicago, IL 60661