| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-14817-PMM

Pamela Darlene Johnson  
323 Lincoln Avenue  
Nazareth  PA    18064

Petition Filed Date: 12/22/2020  
341 Hearing Date: 02/02/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/26/2021 | $775.00 | | 03/01/2021 | $775.00 | | 03/22/2021 | $775.00 | |
| 04/30/2021 | $775.00 | | 06/01/2021 | $775.00 | | | | |

**Total Receipts for the Period: $3,875.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,875.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK & CATALDO PC | Attorney Fees | $4,500.00 | $0.00 | $4,500.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,875.00 | Current Monthly Payment: | $775.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $294.50 | Total Plan Base: | $46,500.00 |
| Funds on Hand: | $3,580.50 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.