IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 20-14817-pmm |
| PAMELA DARLENE JOHNSON, | Chapter 13 |
| Debtor, | Related to Doc. No. 28 |
| HARLEY-DAVIDSON CREDIT CORP, | |
| Movant, | |
| v.<br>PAMELA DARLENE JOHNSON, and<br>SCOTT F. WATERMAN, Trustee, | |
| Respondents. | |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN FILED ON MARCH 31, 2021

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the *Objection to Confirmation of Plan* (the "Objection"), filed on March 31, 2021, at Document No. 28. The Amended Chapter 13 Plan filed on June 23, 2021 has resolved the Objection.

Dated: June 23, 2021

                                                Respectfully submitted,

                                                BERNSTEIN-BURKLEY, P.C.

                                                By: /s/ Keri P. Ebeck
                                                Keri P. Ebeck
                                                PA I.D. # 91298
                                                kebeck@bernsteinlaw.com
                                                707 Grant Street, Suite 2200
                                                Pittsburgh, PA 15219
                                                412-456-8112
                                                Fax: (412) 456-8120

                                                *Attorney for Harley-Davidson Credit Corp.*