**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        CHAPTER 13
Pamela Darlene Johnson

     DEBTOR                             :        BKY. NO.  20-14817PMM13

**CERTIFICATION OF NO RESPONSE**

    I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application  and Application to Approve Counsel Fees.

               Respectfully Submitted,

Date:  July 28, 2021                              _____s/_____
                                               MICHAEL A. CATALDO, ESQUIRE
                                               CIBIK & CATALDO, P.C.
                                               1500 WALNUT  STREET, STE. 900
                                               PHILADELPHIA, PA  19102
                                               (215) 735-1060