United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                        Case No. 20-14817-pmm

Pamela Darlene Johnson                                                                               Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                                  User: admin                                                  Page 1 of 3

Date Rcvd: Jul 29, 2021                                             Form ID: 155                                           Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Darlene Johnson, 323 Lincoln Avenue, Nazareth, PA 18064-2610 |
| 14620452 | + | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14577427 | + | Ally Financial Inc., c/o Regina Cohen, Esq., 190 North Independence Mall West, Ste 50, 6th and Race Streets, Philadelphia, PA 19106-1554 |
| 14571046 | | American Express National Bank, c/o Becket and Lee LLP, PO BOX 3001, Malvern, PA 19355-0701 |
| 14574256 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14571047 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14571048 | + | Bank of America, N. A., P.O. Box 982284, El Paso, TX 79998-2284 |
| 14586510 | | Bank of America, N.A, P.O. Box 31785, Tampa FL 33631-3785 |
| 14571056 | + | Dennis Johnson, 919 East. 4th Street, Bethlehem, PA 18015-1903 |
| 14571058 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14571059 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14576389 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14571060 | + | Harley-Davidson Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 14571065 | + | Met-Ed, 101 Crawford's Corner Rd, Bldg #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14571069 | + | NBMA, PO Box 194, Nazareth, PA 18064-0194 |
| 14571067 | + | Nazareth Borough, 134 S.Main Street, Nazareth, PA 18064-2015 |
| 14571068 | + | Nazareth Borough Muni Authority, PO Box A, Nazareth, PA 18064-0450 |
| 14571070 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14571071 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First FCU, 2141 Downyflake Lane, Allentown, PA 18103 |
| 14571073 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14571074 | + | Pierce & Steirer, LLC, 124 Belvidere Street, Nazareth, PA 18064-2114 |
| 14571078 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14590162 | | Email/Text: ally@ebn.phinsolutions.com | Jul 29 2021 23:33:00 | Ally Bank, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14571045 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 29 2021 23:33:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14571053 | | Email/Text: megan.harper@phila.gov | Jul 29 2021 23:33:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14571054 | | Email/Text: megan.harper@phila.gov | Jul 29 2021 23:33:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14571049 | + | Email/Text: bankruptcy@cavps.com | Jul 29 2021 23:33:00 | Calvary SPVI, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14571050 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 29 2021 23:39:04 | Capital One Bank, PO BOX 71083, Charlotte, NC 28272-1083 |
| 14571051 | + | Email/Text: ecf@ccpclaw.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 29 2021 23:33:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14571055 | + | Email/Text: bankruptcy@philapark.org | Jul 29 2021 23:34:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14571057 | | Email/Text: mrdiscen@discover.com | Jul 29 2021 23:33:00 | Discover Bank, Discover Products, Inc., P.O. Box 3025, New Albany, OH 43054-3025 |
| 14590163 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 29 2021 23:34:00 | Harley Davidson Credit, P.O. Box 21850, Carson City, NV 89721-1850 |
| 14571061 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 29 2021 23:33:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14571063 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 29 2021 23:33:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56303 |
| 14571064 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2021 23:39:05 | LVNV Funding, Resurgent Capital Services, PO box 10587, Greenville SC 29603-0587 |
| 14571066 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 29 2021 23:33:00 | Midland Funding, LLC, P.O. Box 2001, Warren, MI 48090-2001 |
| 14571075 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2021 23:39:07 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk VA 23541 |
| 14571072 | + | Email/Text: bankruptcy@philapark.org | Jul 29 2021 23:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14571076 | | Email/Text: bnc-quantum@quantum3group.com | Jul 29 2021 23:33:00 | Quantum3 Group LLC For CF Medical LLC, PO BOX 788, Kirkland, WA 98083-0788 |
| 14573337 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 29 2021 23:39:11 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14571077 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 29 2021 23:39:11 | T-Mobile USA, 4515 N. Sante Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14571626 | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14571052 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14571062 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14573444 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021             Signature:     /s/Joseph Speetjens

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Jul 29, 2021 Form ID: 155 Total Noticed: 41

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KERI P EBECK | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Pamela Darlene Johnson ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Pamela Darlene Johnson ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  ksweeney@lavin-law.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Pamela Darlene Johnson
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−14817−pmm

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this July 29, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Patricia M. Mayer
                                                  Judge ,
                                                  United States Bankruptcy Court