# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PAMELA JOHNSON,<br>　　　　　　Debtor(s). | Case No. 20-14817 PMM<br><br>Chapter 13 |

## ORDER APPROVING APPLICATION FOR COMPENSATION

**AND NOW**, this 2nd day of August 2021, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,500.00** is allowed and the balance due to counsel in the amount of **$4,500.00** may be disbursed by the Trustee to the extent provided for in the confirmed plan.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　*Patricia M. Mayer*
　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　HON. PATRICIA M. MAYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE