| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-14817-PMM**

Pamela Darlene Johnson
323 Lincoln Avenue
Nazareth  PA    18064

Petition Filed Date: 12/22/2020
341 Hearing Date: 02/02/2021
Confirmation Date: 07/29/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | $775.00 | | 06/01/2021 | $775.00 | | 06/29/2021 | $775.00 | |
| 07/27/2021 | $775.00 | | 08/27/2021 | $775.00 | | 09/29/2021 | $775.00 | |
| 10/29/2021 | $775.00 | | 11/30/2021 | $775.00 | | 12/29/2021 | $775.00 | |
| 01/25/2022 | $775.00 | | 03/01/2022 | $775.00 | | 03/29/2022 | $775.00 | |
| 04/29/2022 | $775.00 | | 05/31/2022 | $775.00 | | 06/29/2022 | $775.00 | |
| 07/27/2022 | $775.00 | | | | | | | |

**Total Receipts for the Period: $12,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,725.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 1 | ALLY FINANCIAL<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $285.53 | $0.00 | $285.53 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $2,242.45 | $0.00 | $2,242.45 |
| 4 | HARLEY DAVIDSON CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MET-ED FIRST ENERGY COMPANY<br>»» 005 | Unsecured Creditors | $1,606.27 | $0.00 | $1,606.27 |
| 6 | CARRINGTON MORTGAGE SERVICES, LLC<br>»» 006 | Mortgage Arrears | $20,109.76 | $5,297.59 | $14,812.17 |
| 7 | NAZARETH BOROUGH MUNICIPAL/AUTHORITY<br>»» 008 | Secured Creditors | $4,350.00 | $1,145.94 | $3,204.06 |
| 8 | NAZARETH BOROUGH<br>»» 009 | Secured Creditors | $7,000.00 | $1,844.05 | $5,155.95 |

**Chapter 13 Case No. 20-14817-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $14,725.00 | Current Monthly Payment: | $775.00 |
| Paid to Claims: | $12,787.58 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,224.42 | Total Plan Base: | $46,500.00 |
| Funds on Hand: | $713.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.