Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-14817-PMM**

Pamela Darlene Johnson  
323 Lincoln Avenue  
Nazareth  PA    18064

Petition Filed Date: 12/22/2020  
341 Hearing Date: 02/02/2021  
Confirmation Date: 07/29/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2022 | $775.00 | | 09/30/2022 | $775.00 | | 10/31/2022 | $775.00 | |
| 11/29/2022 | $775.00 | | 12/29/2022 | $775.00 | | 01/30/2023 | $775.00 | |
| 03/03/2023 | $775.00 | | 03/30/2023 | $775.00 | | 05/01/2023 | $775.00 | |
| 05/31/2023 | $775.00 | | 06/30/2023 | $775.00 | | | | |

**Total Receipts for the Period: $8,525.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,025.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 1 | ALLY FINANCIAL<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | T-MOBILE USA INC<br>»» 002 | Unsecured Creditors | $285.53 | $0.00 | $285.53 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $2,242.45 | $0.00 | $2,242.45 |
| 4 | HARLEY DAVIDSON CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MET-ED FIRST ENERGY COMPANY<br>»» 005 | Unsecured Creditors | $1,606.27 | $0.00 | $1,606.27 |
| 6 | CARRINGTON MORTGAGE SERVICES, LLC<br>»» 006 | Mortgage Arrears | $20,109.76 | $10,751.95 | $9,357.81 |
| 7 | NAZARETH BOROUGH MUNICIPAL/AUTHORITY<br>»» 008 | Secured Creditors | $4,350.00 | $2,325.81 | $2,024.19 |
| 8 | NAZARETH BOROUGH<br>»» 009 | Secured Creditors | $7,000.00 | $3,425.36 | $3,574.64 |

**Chapter 13 Case No. 20-14817-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,025.00 | Current Monthly Payment: | $775.00 |
| Paid to Claims: | $21,003.12 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,999.33 | Total Plan Base: | $46,500.00 |
| Funds on Hand: | $1,022.55 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.