| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-14817-PMM**

Pamela Darlene Johnson
323 Lincoln Avenue
Nazareth  PA    18064

Petition Filed Date: 12/22/2020
341 Hearing Date: 02/02/2021
Confirmation Date: 07/29/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $775.00 | | 09/08/2023 | $775.00 | | 10/04/2023 | $775.00 | |
| 11/07/2023 | $775.00 | | 12/08/2023 | $775.00 | | 01/09/2024 | $775.00 | |
| 02/06/2024 | $775.00 | | 03/01/2024 | $775.00 | | 04/08/2024 | $775.00 | |
| 04/30/2024 | $775.00 | | 06/10/2024 | $775.00 | | 07/02/2024 | $775.00 | |

**Total Receipts for the Period: $9,300.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $33,325.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 1 | ALLY FINANCIAL<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | T-MOBILE USA INC<br>»» 002 | Unsecured Creditors | $285.53 | $0.00 | $285.53 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $2,242.45 | $0.00 | $2,242.45 |
| 4 | HARLEY DAVIDSON CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MET-ED FIRST ENERGY COMPANY<br>»» 005 | Unsecured Creditors | $1,606.27 | $0.00 | $1,606.27 |
| 6 | CARRINGTON MORTGAGE SERVICES, LLC<br>»» 006 | Mortgage Arrears | $20,109.76 | $16,112.16 | $3,997.60 |
| 7 | NAZARETH BOROUGH MUNICIPAL/AUTHORITY<br>»» 008 | Secured Creditors | $4,350.00 | $3,485.27 | $864.73 |
| 8 | NAZARETH BOROUGH<br>»» 009 | Secured Creditors | $7,000.00 | $5,608.49 | $1,391.51 |

**Chapter 13 Case No. 20-14817-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | |
|---|---|
| Total Receipts: | $33,325.00 |
| Paid to Claims: | $29,705.92 |
| Paid to Trustee: | $2,921.58 |
| Funds on Hand: | $697.50 |

| | |
|---|---|
| Current Monthly Payment: | $775.00 |
| Arrearages: | $775.00 |
| Total Plan Base: | $46,500.00 |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.