# COUNTY OF NORTHAMPTON

**RECORDER OF DEEDS**
NORTHAMPTON COUNTY GOVERNMENT CENTER
669 WASHINGTON STREET
EASTON, PENNSYLVANIA 18042-7486
Area Code (610) 559-3077

Ann L. Achatz - Recorder
Andrea F. Suter - Lead Deputy
Dorothy J. Edelman - Deputy



Book - 2011-1    Starting Page - 210047
*Total Pages - 3

Instrument Number - 2011028407
Recorded On 10/13/2011 At 1:56:11 PM

NCGIS Registry UPI Certification
On October 13, 2011 By HG

* Instrument Type - ASSIGNMENT OF MORTGAGE
  Invoice Number
* Grantor - MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC
* Grantee - BANK OF AMERICA N A
  User - KSK
* Customer - SIMPLIFILE LC E-RECORDING

| *FEES | | *RECORDED BY: |
|---|---|---|
| COUNTY RECORDS | $2.00 | CORELOGIC |
| IMPROVEMENT FEE | | 450 EAST BOUNDARY STREET |
| DEEDS RECORDS | $3.00 | CHAPIN, SC 29036 |
| IMPROVEMENT FEE | | |
| UPI CERTIFICATION FEE | $10.00 | |
| TOTAL PAID | $15.00 | |

I hereby CERTIFY that this document is recorded in the
Recorder's Office Of Northampton County, Pennsylvania



Ann L. Achatz
Recorder of Deeds

**THIS IS A CERTIFICATION PAGE**

# Do Not Detach

THIS PAGE IS NOW THE FIRST PAGE
OF THIS LEGAL DOCUMENT

Book: 2011-1        Page: 210047

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

EXHIBIT C

Recording Requested By:
**Bank of America**
Prepared By:
**Cecilia Rodriguez**
**888-603-9011**
**450 E. Boundary St.**
**Chapin, SC 29036**
When recorded mail to:
**CoreLogic**
**450 E. Boundary St.**
**Attn: Release Dept.**
**Chapin, SC 29036**

DocID#
Tax ID:       **J7SE4C-8-6A**
Property Address:
**323 Lincoln Ave**
**Nazareth, PA 18064-2610**
Property Location:
**Borough of NAZARETH**

9/26/2011

MIN #:                                    MERS Phone #:    888-679-6377

This space for Recorder's use

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **3300 S.W. 34TH AVENUE, SUITE 101 OCALA, FL 34474** does hereby grant, sell, assign, transfer and convey unto **BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP** whose address is **400 NATIONAL WAY, SIMI VALLEY, CA 93065** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:        **SECURITY ATLANTIC MORTGAGE CO. INC.**
Mortgagor(s):           **PAMELA JOHNSON, MARRIED**
Date of Mortgage:    **4/14/2008**    Original Loan Amount:    **$155,295.00**

Recorded in **Northampton County, PA** on: **4/22/2008**, book **2008-1**, page **115595** and instrument number **2008014881**

This Mortgage has not been assigned unless otherwise stated below:

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
09/28/11

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Trisha Jackson, Assistant Secretary

State of **California**
County of **Ventura**

On  9/28/11  before me, __BONNIE MICHAUD__, Notary Public, personally appeared **Trisha Jackson**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under **PENALTY OF PERJURY** under the laws of the State of California that the foregoing paragraph is **true and correct**.

WITNESS my hand and official seal.

BONNIE MICHAUD
Commission # 1854792
Notary Public - California
Los Angeles County
My Comm. Expires Jun 19, 2013

Notary Public: _Bonnie Michaud_    (Seal)
My Commission Expires: _____

I hereby certify that the address of the within named assignee is:
**400 NATIONAL WAY, SIMI VALLEY, CA 93065**

Signature

DocID#

# ASSISTANT SECRETARY'S CERTIFICATE

## OF

## BANK OF AMERICA, NATIONAL ASSOCIATION

The undersigned, Devra Lindgren, an Assistant Secretary of Bank of America, National Association (the "Association"), a national banking association organized and existing under the laws of the United States of America and having its principal place of business in the City of Charlotte, County of Mecklenburg, State of North Carolina, does hereby certify that:

1. Effective April 27, 2009, **Countrywide Home Loans Servicing LP** changed its name to **BAC Home Loans Servicing, LP**.

2. Effective July 1, 2011, **BAC Home Loans Servicing, LP** merged with and into **Bank of America, National Association**.

IN WITNESS WHEREOF, I have hereupon set my hand and affixed the seal of said Association this 29th day of March, 2012.

[SEAL]

_____
Devra Lindgren
Assistant Secretary