# COUNTY OF NORTHAMPTON

### RECORDER OF DEEDS
NORTHAMPTON COUNTY GOVERNMENT CENTER
669 WASHINGTON STREET
EASTON, PENNSYLVANIA 18042-7486
Area Code (610) 559-3077

Andrea F. Suter - Recorder
Dorothy J. Edelman - Lead Deputy
Barbara L. Manieri - Deputy



Book - 2014-1   Starting Page - 72460
*Total Pages - 5

Instrument Number - 2014010447
Recorded On 5/7/2014 At 12:34:07 PM

NCGIS Registry UPI Certification
On May 7, 2014 By HG

* Instrument Type - MORTGAGE MODIFICATION AGREEMENT
Invoice Number
* Grantor - JOHNSON, PAMELA
* Grantee - BANK OF AMERICA N A
User - HMT
* Customer - URBAN SETTLEMENT SERVICES LLC

| *FEES | | *RECORDED BY: |
|---|---|---|
| STATE WRIT TAX | $0.50 | URBAN SETTLEMENT SERVICES LLC |
| RECORDING FEES | $13.00 | 1001 LIBERTY AVE |
| COUNTY RECORDS IMPROVEMENT FEE | $2.00 | SUITE 1050 PITTSBURGH, PA 15222 |
| DEEDS RECORDS IMPROVEMENT FEE | $3.00 | |
| UPI CERTIFICATION FEE | $10.00 | I hereby CERTIFY that this document is recorded in the |
| TOTAL PAID | $28.50 | Recorder's Office Of Northampton County, Pennsylvania |



Andrea F. Suter
Recorder of Deeds

## THIS IS A CERTIFICATION PAGE

# Do Not Detach

THIS PAGE IS NOW THE FIRST PAGE
OF THIS LEGAL DOCUMENT

Book: 2014-1        Page: 72460

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.



EXHIBIT D

Recording Requested by

**WHEN RECORDED MAIL TO:**
Bank of America, N.A.
11802 Ridge Parkway, Suite 100
Broomfield, CO 80021
Prepared by: _____

ORIG. MTG $ _155,295.00_
NEW MTG $ _184,845.18_
NEW MONEY $ _29,550.18_

This document was prepared by Bank of America, N.A.
_11802 RIDGE PARKWAY, STE 100 BROOMFIELD, CO 80021_
See Exhibit B for assignments of record if applicable

_PREV REL INFO: 4/22/2008 BK:2008-1 PG:115595 INST#2008014881_

Space Above for Recorder's Use

## LOAN MODIFICATION AGREEMENT

This Loan Modification Agreement (the "Agreement"), made on August 1, 2012 between PAMELA JOHNSON (the "Borrower(s)") and Bank of America, N.A., Original Lender/Beneficiary Lender or Servicer ("Lender"), amends and supplements that certain (Mortgage/Deed of Trust) (the "Security Instrument") dated the 28th of April, 2008 which covers the real and personal property described in the Security Instrument and defined therein as the 'Property' (See Exhibit A for Legal Description if applicable), located at 323 LINCOLN AVENUE, NAZARETH, PA 18064. _Assigned at 2011-1/210077 to Bank of America_

The real property described being set forth as follows:

**SAME AS IN SAID SECURITY INSTRUMENT**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree to modify the Security Instrument as follows:

The fifth [and sixth] sentence[s] of the first paragraph of the Security Instrument is[are] hereby amended to read in its[their] entirety as follows:

Borrower owes Lender the principal sum of one hundred eighty-four thousand eight

WDGGovLnModAgree          Page 1 of 4          07/20/2007

Book 2014-1 Page 72461

hundred forty-five and 18/100, (U.S. Dollars) ($184,845.18). This debt is evidenced by Borrower's note dated the same date as the Security Instrument, as amended and restated as of the date herewith ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on August 1, 2042. The Borrower[s] shall comply with all other covenants, agreements and requirements of the Security Instrument. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Security Instrument. Except as otherwise specifically provided in this Agreement, the Security Instrument shall remain unchanged, and the Borrower[s] and Bank of America, N.A. shall be bound by, and comply with all of the terms and provisions thereof, as amended by this Agreement, and the Security Instrument shall remain in full force and effect and shall continue to be a first lien on the above-described property. All capitalized terms not defined herein shall have the same meanings as set forth in the Security Instrument.

SIGNED AND ACCEPTED THIS __13__ DAY OF __March 2014__
BY
_/s/ Pamela Johnson_
PAMELA JOHNSON

(ALL SIGNATURES MUST BE ACKNOWLEDGED)

State of __Pennsylvania__, County of __Lehigh__ On this __13th__ day of __March 2014__ before me the undersigned, a Notary Public in and for said State, personally appeared PAMELA JOHNSON known to me, or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the foregoing instrument and acknowledged that ___she___ executed the same.

Witness my hand and official seal.

_____ Notary Signature
__Agnieszka Curlej__ Notary Public Printed Name Place Seal Here
__Sep 11, 2016__ Notary Public Commission Expiration Date

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
AGNIESZKA CURLEJ, NOTARY PUBLIC
CITY OF ALLENTOWN, LEHIGH COUNTY
MY COMMISSION EXPIRES SEPT. 11, 2016

WDGGovLnModAgree                Page 2 of 4                07/20/2007

**DO NOT WRITE BELOW THIS LINE.**
*********************************************************************************
THIS SECTION IS FOR INTERNAL USE ONLY

Bank of America, N.A., for itself or as successor by merger to BAC Home Loans Servicing, LP
By: Urban Settlement Services, LLC, its attorney in fact ⚡

By: _____        Dated: **APR 2 3 2014**

Name: CRYSTAL MUAS
Title: ASSISTANT SECRETARY

⚡ By Record BV 2013-1/223669
9/18/2012

_____[Space below this line for Acknowledgement]_____

STATE OF ____COLORADO____
COUNTY OF __BROOMFIELD__

On __4-23-14__ before Me, __SUSANNA L CADE__ Notary Public, personally appeared
__CRYSTAL MUAS__ Assistant Secretary of Urban Settlement
Services, LLC., attorney in fact for Bank of America, N.A., personally known to me (or proved to me on the
basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and
that by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s)
acted, executed the instrument.
WITNESS my hand and official seal.

_Susanna L Cade_ Notary Signature

____SUSANNA L CADE____ Notary Public Printed Name Please Seal Here

____FEBRUARY 18, 2018____ Notary Public Commission Expiration Date

```
SUSANNA L. CADE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064004986
My Commission Expires Feb. 18, 2018
```

EXHIBIT A

LEGAL DESCRIPTION

ALL THAT CERTAIN messuage or tenement and lot or parcel of land with one-half double dwelling unit erected thereon, known as No.323 Lincoln Avenue, in the Borough of Nazareth, County of Northampton and State of Pennsylvania, and being known as Lot No. 1 on the Minor Subdivision Plan of 323-325 Lincoln Avenue, which plan is recorded in the Office for Recording of Deeds, at Easton, Pennsylvania, in and for the County of Northampton, in Plan Book 83, page 74, bounded and described as follows, to wit:

BEGINNING at a point, an iron pin set on the South side of Lincoln Avenue, in line of land now or late of E. Ifkovits;

Thence, along the same South ten (10) degrees West, one hundred twenty-two and eighty-three one-hundredths (122.83) feet to a concrete monument found;

Thence, along line of land now or late of Lone Star Cement Corporation North seventy-three (73) degrees fifty-six (56) minutes West, thirty-eight and fifty-five one-hundredths (38.55) feet to an iron pin set;

Thence, through land of Clark R. Vogel and Ida R. A. Vogel, his wife, of which this was a part, passing through the center partition wall of a double dwelling North ten (10) degrees East, one hundred eighteen and seventy-six one-hundredths (118.76) feet to a point;

Thence, along the South side of Lincoln Avenue South eighty (80) degrees East, thirty-eight and thirty-four one-hundredths (38.34) feet to an iron pin set, the Place of Beginning.

CONTAINING: Forty-six hundred thirty-one (4631) square feet or one thousand sixty-three ten-thousandths (0.1036) acre of land, more or less, being according to a survey prepared by T&T Associates, Civil Engineers, under date of April 15, 1983.

UNDER AND SUBJECT, nevertheless, to an easement in favor of the owners of Lot No. 2 (being known as No. 325 Lincoln Avenue) for the passage of sewage from said premises through a common sewer lateral connected to the public sanitary sewer in Lincoln Avenue.

TAX PIN: J7SE4C-8-6A

Recording Requested by

Bank of America, N.A.
WHEN RECORDED MAIL TO:

Bank of America, N.A.
1001 Liberty Avenue, Suite 675
Pittsburgh, PA 15222

This document was prepared by Bank of America, N.A.

See Exhibit B for assignments of record if applicable

Space Above for Recorder's Use

## LOAN MODIFICATION AGREEMENT

This Loan Modification Agreement (the "Agreement"), made on September 18, 2012 between PAMELA JOHNSON (the "Borrower(s)") and Bank of America, N.A., Original Lender/Beneficiary Lender or Servicer ("Lender"), amends and supplements that certain (Mortgage/Deed of Trust) (the "Security Instrument") dated the 28th of April, 2008 which covers the real and personal property described in the Security Instrument and defined therein as the 'Property' (See Exhibit A for Legal Description if applicable), located at 323 LINCOLN AVENUE, NAZARETH, PA 18064.

The real property described being set forth as follows:

### SAME AS IN SAID SECURITY INSTRUMENT

In consideration of the mutual promises and agreements exchanged, the parties hereto agree to modify the Security Instrument as follows:

The fifth [and sixth] sentence[s] of the first paragraph of the Security Instrument is[are] hereby amended to read in its[their] entirety as follows:

Borrower owes Lender the principal sum of one hundred eighty-four thousand eight hundred forty-five and 18/100, (U.S. Dollars) ($184,845.18). This debt is evidenced Borrower's note dated the same date as the Security Instrument, as amended and restated as of the date herewith ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on August 1, 2042. The Borrower[s] shall comply with all other covenants, agreements and requirements of the Security Instrument. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Security Instrument. Except as otherwise specifically provided in this Agreement, the Security Instrument shall remain unchanged, and the Borrower[s] and Bank of America, N.A. shall be bound by, and comply with all of the terms and provisions thereof, as amended by this Agreement, and

WDGGovLnModAgree                    Page 1 of 4                    07/20/2007

the Security Instrument shall remain in full force and effect and shall continue to be a first lien on the above-described property. All capitalized terms not defined herein shall have the same meanings as set forth in the Security Instrument.

SIGNED AND ACCEPTED THIS 22 DAY OF 9-12
BY
_Pamela Johnson_
PAMELA JOHNSON

(ALL SIGNATURES MUST BE ACKNOWLEDGED)
State of PA, County of Lehigh On this 22 day of Sept-2012 before me the undersigned, a Notary Public in and for said State, personally appeared PAMELA JOHNSON known to me, or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the foregoing instrument and acknowledged that she executed the same.

Witness my hand and official seal.

_signature_ Notary Signature
Jane E Kirkpatrick Notary Public Printed Name Place Seal Here
1-20-16 Notary Public Commission Expiration Date

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JANE E. KIRKPATRICK, NOTARY PUBLIC
WHITEHALL TWP, LEHIGH COUNTY
MY COMMISSION EXPIRES JAN. 20, 2016

*****************************************************************************************

As evidenced by their signatures below, the Co-Owner(s) consent to this Modification of the Mortgage.

**CO-OWNER(S)**

_____    Date: _____
Co-Owner(s) Signature

_____
Co-Owner(s) Name (typed or printed)

STATE OF _____

COUNTY OF _____

On _____ before me, _____
Notary Public, personally appeared _____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____ Notary Signature

_____ Notary Public Printed Name Place Seal Here

_____ Notary Public Commission Expiration Date

Case 20-14817-pmm    Doc 55-4    Filed 08/05/25    Entered 08/05/25 14:31:15    Desc
Exhibit D    Page 9 of 13

**DO NOT WRITE BELOW THIS LINE**
***********************************************************************************
THIS SECTION IS FOR INTERNAL Bank of America, N.A. USE ONLY

Bank of America, N.A., for itself or as successor by merger to BAC Home Loans Servicing, LP
    By: Urban Settlement Services, LLC, its attorney in fact

By: _____/s/_____        Dated: JAN 1 4 2013

Name: **Matthew Pittman**
Title: **ASSISTANT SECRETARY**

_____[Space below this line for Acknowledgement]_____

STATE OF _Colorado_
COUNTY OF _Broomfield_

On _1/14/2013_ before me, _Phillip Her_ Notary Public, personally appeared _Matthew Pittman_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures (s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____/s/_____ Notary Signature

_Phillip Her_ Notary Public Printed Name Place Seal Here

_12/27/2015_ Notary Public Commission Expiration Date

```
PHILLIP HER
NOTARY PUBLIC, STATE OF COLORADO
```
My Comm. Expires December 27, 2015

11802 Ridge Parkway, Suite 100-HRM
Broomfield, CO 80021

Notice Date: September 18, 2012

PAMELA JOHNSON

323 LINCOLN AVENUE
NAZARETH, PA 18064

Account No.: ▮
Property Address:
323 LINCOLN AVENUE
NAZARETH, PA 18064

## ABOUT YOUR LOAN

### COMMITMENT TO MODIFY MORTGAGE

Account Number:  ▮
Property Address:  323 LINCOLN AVENUE
NAZARETH, PA 18064

Original Note Amount:  $155,295.00
Date of original mortgage:  28th of April, 2008
(The foregoing is called the "Mortgage")

### WHAT THIS MEANS

This letter constitutes a commitment to modify the Mortgage (identified above), subject to the terms and conditions stated below. This letter contains our offer, and it permits you to accept this offer. When signed by you, this letter will constitute your agreement to these terms and conditions.

Our records indicate the Mortgage is currently in default. Although we are willing to modify the loan as described in this letter, please be advised that we will continue to pursue collection action. This action may include foreclosure. Upon completion of the modification process, which means all of the terms of this Commitment will have been met, your loan will be deemed current and we will cease collection activity on your loan. However, if you fail to sign this commitment or if you fail to perform as required in this commitment, we will complete our collection action, including foreclosure if necessary.

### WHAT YOU NEED TO DO

If you want to accept this commitment, you must sign this commitment and deliver it to Bank of America, N.A. by September 28, 2012. Failure to do so will result in the automatic withdrawal by Bank of America, N.A. of the offer to modify without further notice.

**OFFER FOR MODIFIED MORTGAGE**                                    Acct. No.:

We hereby offer to modify the Mortgage as follows. It will be called the "Modified Mortgage":

**Section A. Delinquent Balance.**

The following shows your current delinquent balance as of the 1st of August, 2012. This reflects the total amount needed to bring your loan current. The proposed modification will cure the below delinquency and bring your loan current; however, it may also increase your monthly payment.

| | |
|---|---:|
| Delinquent Interest accrued from May 1, 2011 to August 1, 2012 | $10,604.96 |
| Fees and Costs: | $0.00 |
| Delinquent Escrow: | $7,188.47 |
| Total Amount to be added to your Principal Balance: | $17,793.43 |

The NEW FIXED interest rate will be: 4.375%
The new modified principal balance will be: $184,845.18

The first regular monthly payment on the Modified Mortgage will begin on September 1, 2012 and the new payment amount will be $1,296.99. All other terms and conditions of the Mortgage will remain the same for the Modified Mortgage, including but not limited to provisions for late fees and Bank of America, N.A.'s right to pursue collection action for the default amount (including foreclosure). Please note that your total monthly payment is still subject to vary if your total monthly escrow payment increases subject to the terms of the mortgage.

The executed documents must be in our office on or before September 28, 2012, or such other date as we may choose at our sole discretion. In order to modify the Mortgage on that date, you must send the executed documents to: 11802 Ridge Parkway, Suite 100-HRM, HOME RETENTION, Broomfield, CO 80021, If you have questions, Loan consultants are standing by from 8:00 AM until 9:00 PM CT Monday through Friday, and 8:00 AM until 3:00 PM CT on Saturday except holidays at 1.800.669.6650.

All borrowers, guarantors, endorsers or sureties on the original Mortgage must sign the Modified Mortgage and any other documents that we require. Any co-owner who was not a borrower on the original loan must sign the Modified Mortgage to consent to the modification, but will not become liable for repayment of the loan due to this consent.

**Section B. Contingencies.** This offer is contingent on the following: Bank of America, N.A.'s offer to modify your mortgage is contingent upon Bank of America, N.A.'s verification that the title to the subject property is free from any defect, encumbrance, unauthorized conveyance or any other irregularity. A title search of the subject property will be initiated by Bank of America, N.A. upon your return of the executed Commitment to Modify Mortgage and the Modification Agreement. In the event the title search, or any other information, indicates any title irregularity, including but not limited to any unauthorized conveyance, or any superior or subordinate lien(s), whether voluntary or involuntary, the Commitment to Modify Mortgage and the Modification Agreement and their terms shall not be effective, binding, or enforceable against Bank of America, N.A., and Bank of America, N.A.'s offer to modify your mortgage shall be immediately revoked without further notice. Upon notification of a filing for protection under a Bankruptcy Stay, this Agreement will be terminated. This includes the filing by any party that has or may have interest in the property.

**Section C. Remit the First Payment Due under the modified terms in the amount of $1,296.99 in CERTIFIED CHECK OR MONEY ORDER. Please use the enclosed self addressed envelope to provide payment.**

| | |
|---|---|
| First New Monthly Payment: | $1,296.99 |
| Interest: | $10,604.96 |
| Fees: | $0.00 |
| Escrow | $7,188.47 |
| **Total Amount Due with Executed Agreement:** | $1,296.99 |

If you want to accept the offer for a Modified Mortgage upon the terms and conditions above, you must agree by signing the enclosed Modification Agreement which follows this commitment. Please note that the Modification Agreement must be properly notarized. The acceptance must be signed by each borrower and must be returned to us by September 28, 2012, otherwise, the offer will expire.

**THANK YOU FOR YOUR BUSINESS**

**Bank of America, N.A.** appreciates all your efforts and cooperation in this matter. If you have questions, Loan consultants are standing by from 8:00 AM until 9:00 PM CT Monday through Friday, and 8:00 AM until 3:00 PM CT on Saturday except holidays at 1.800.669.6650.

## ACCEPTANCE OF OFFER FOR MODIFIED MORTGAGE

Acct. No.: ████

We(I) are the borrower(s) on the Mortgage identified above. We agree to or acknowledge the following:

We accept all of the terms and conditions stated in the offer. We have failed to pay the Mortgage in accordance with its terms, and are now in default on the Mortgage. We acknowledge that this commitment for Modified Mortgage, even when signed by Bank of America, N.A. and us, will not prevent or prohibit Bank of America, N.A. from continuing collection action. Therefore, in the event we sign this commitment, but fail to fulfill any or all of its terms and conditions, then Bank of America, N.A. may complete any collection action already commenced without further notice to us, including foreclosure. This commitment will not be considered a waiver of or defense to lender's right to commence or continue any collection action. The terms of the Modified Mortgage will be as stated in Section A above. We will sign any documents necessary to complete the Modified Mortgage. We acknowledge that this commitment is contingent as provided in Section B and Section C of Bank of America, N.A.'s offer. Bank of America, N.A. shall determine whether the contingencies have been satisfied. If the new principal amount of the Modified Mortgage is more than the existing principal balance of the Mortgage, then we understand that amounts due such as unpaid interest, taxes, insurance or expenses have been added to the principal amount under the Modified Mortgage. The date for signing the documents and paying the amounts due will be September 28, 2012, or such other date that Bank of America, N.A. may select. All representations made by us pursuant to our request for the Modified Mortgage are true and have been and will be relied upon by Bank of America, N.A., and any breach of the representations will give Bank of America, N.A. the right to terminate this commitment and could result in the pursuit of other right and remedies by Bank of America, N.A.

I/We am/are now occupying the property as my/our primary place of residence. We have had the opportunity to consult with legal and/or tax counsel prior to agreeing to the foregoing, and have willingly agreed to these terms and conditions whether or not we elected to retain such counsel.

As evidenced by the signature below, the Borrower and the Lender agree to the foregoing:

_Pamela Johnson_
PAMELA JOHNSON

9-22-2012
Date

_____
Date