# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Pamela Darlene Johnson<br>aka Pamela D. Johnson<br><br>                              Debtor(s) | Chapter 13<br><br>Case No. 20-14817 PMM |
| BANK OF AMERICA, N.A.<br>                              Movant<br><br>    v.<br><br>Pamela Darlene Johnson<br>aka Pamela D. Johnson<br><br>and<br><br>Scott F. Waterman, Trustee<br>                              Respondents | |

### ORDER GRANTING STAY RELIEF AS TO PROPERTY
### LOCATED AT 323 LINCOLN AVENUE, NAZARETH, PA 18064

AND NOW, this        day of                    , 2025, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, BANK OF AMERICA, N.A. and/or its successors and assigns to proceed with foreclosure of the property located at 323 Lincoln Avenue, Nazareth, PA 18064, and obtain all other relief available under the non-bankruptcy law including, but not limited to the initiation and/or continuation of foreclosure through sheriff sale of the property and ejectment.

It is further ORDERED that Bankruptcy Rule 4001(a)(4) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under non-bankruptcy law.

It is further ORDERED that relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1.

_____
United States Bankruptcy Judge

Interested Parties:

Pamela Darlene Johnson
aka Pamela D. Johnson
323 Lincoln Avenue
Nazareth, PA  18064

Michael A. Cibik, Esquire
1500 Walnut Street
Suite 900
Philadelphia, PA  19102
Attorney for Debtor(s)

Scott F. Waterman, Esquire
2901 St. Lawrence Ave.
Suite 100
Reading, PA  19606
Trustee

Powers Kirn, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Attorneys for Movant