**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Pamela Darlene Johnson,<br><br>                   Debtor. | Case No. 20-14817-PMM<br>Chapter 13 |

## Debtor's Objection to Motion for Relief from Stay

**AND NOW**, Debtor Pamela Darlene Johnson, by and through her attorney, hereby objects to the Motion for Relief from Stay filed by Bank of America, National Association.

Date: August 5, 2025

                                      CIBIK LAW, P.C.
                                      *Counsel for Debtor*

                                      By: */s/ Michael A. Cibik*
                                          Michael A. Cibik (#23110)
                                          1500 Walnut Street, Suite 900
                                          Philadelphia, PA 19102
                                          215-735-1060
                                          mail@cibiklaw.com

## Certificate of Service

     I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Bank of America, National Association to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: August 5, 2025                                     */s/ Michael A. Cibik*
                                                       Michael A. Cibik