| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 20-14817-PMM

| | |
|---|---|
| Pamela Darlene Johnson | Petition Filed Date: 12/22/2020 |
| 323 Lincoln Avenue | 341 Hearing Date: 02/02/2021 |
| Nazareth  PA    18064 | Confirmation Date: 07/29/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/19/2024 | $775.00 | | 09/05/2024 | $775.00 | | 10/08/2024 | $775.00 | |
| 11/13/2024 | $775.00 | | 11/26/2024 | $775.00 | | 01/21/2025 | $775.00 | |
| 02/03/2025 | $775.00 | | 04/01/2025 | $775.00 | | 05/05/2025 | $775.00 | |
| 06/02/2025 | $775.00 | | | | | | | |

**Total Receipts for the Period: $7,750.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $40,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 1 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | T-MOBILE USA INC<br>»» 002 | Unsecured Creditors | $285.53 | $59.71 | $225.82 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $2,242.45 | $468.94 | $1,773.51 |
| 4 | HARLEY DAVIDSON CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MET-ED FIRST ENERGY COMPANY<br>»» 005 | Unsecured Creditors | $1,606.27 | $335.90 | $1,270.37 |
| 6 | CARRINGTON MORTGAGE SERVICES, LLC<br>»» 006 | Mortgage Arrears | $20,109.76 | $20,109.76 | $0.00 |
| 7 | NAZARETH BOROUGH MUNICIPAL/AUTHORITY<br>»» 008 | Secured Creditors | $4,350.00 | $4,350.00 | $0.00 |
| 8 | NAZARETH BOROUGH<br>»» 009 | Secured Creditors | $7,000.00 | $7,000.00 | $0.00 |

**Chapter 13 Case No. 20-14817-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,300.00 | Current Monthly Payment: | $775.00 |
| Paid to Claims: | $36,824.31 | Arrearages: | $3,100.00 |
| Paid to Trustee: | $3,475.69 | Total Plan Base: | $46,500.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.