# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

| | |
|---|---|
| Pamela Darlene Johnson,<br><br>             *Debtor*. | Chapter 13<br>Case No. 20-14817-PMM |

## Motion to Modify Plan After Confirmation

Debtor Pamela Darlene Johnson, through her attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on December 22, 2020. The plan was confirmed on July 29, 2021. The plan is a pro-rata plan.

2. The Trustee recently filed a motion to dismiss this case for failure to make plan payments at ECF No. 58.

3. The Debtor wants to amend her plan to resolve the dismissal motion. and to roll in mortgage arrears in line with a stipulation that is soon to be filed resolving the recent motion for relief from the automatic stay filed at ECF No. 55.

4. The proposed plan cures the arrearages that gave rise to the dismissal motion by increasing the Debtor's monthly plan payments moving forward.

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 64 as the new confirmed plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: October 10, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com