# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

| | |
|---|---|
| Pamela Darlene Johnson,<br><br>*Debtor*. | Chapter 13<br>Case No. 20-14817-PMM |

## CERTIFICATION OF SERVICE

      I, Michael A. Cibik, certify that on October 10, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Modify Plan After Confirmation and Proposed Order

- Notice of Motion to Modify Plan After Confirmation

- Modified Chapter 13 Plan

      I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: October 10, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Method of Service: CM/ECF

**Bank of America, N.A**
P.O. Box 31785
Tampa, FL 33631-3785
Method of Service: CM/ECF

**Ally Financial**
PO Box 130424
Roseville, MN 55113-0004
Method of Service: CM/ECF

**Nazareth Borough**
134 S.Main Street
Nazareth, PA 18064
Method of Service: First Class Mail

**Nazareth Borough Municipal Authority**
P.O. Box A
Nazareth, PA 18064
Method of Service: First Class Mail

**Harley-Davidson Credit Corp.**
P.O. Box 9013
Addison, TX 75001
Method of Service: First Class Mail