IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Pamela Darlene Johnson<br>aka Pamela D. Johnson<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>20-14817 PMM |
| BANK OF AMERICA, N.A.<br><br>Movant<br><br>v.<br><br>Pamela Darlene Johnson<br>aka Pamela D. Johnson<br>and<br>Scott F. Waterman, Esquire<br><br>Respondents | |

**ORDER APPROVING STIPULATION**

AND NOW, this **17th** day of **October**, 202**5**, the Stipulation Resolving BANK OF AMERICA, N.A.'s Motion for Relief from the Automatic Stay is hereby approved by the Court.

*Patricia M. Mayer*

United State Bankruptcy Judge
Patricia M. Mayer