United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                      Case No. 20-14817-pmm

Pamela Darlene Johnson                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pamela Darlene Johnson, 323 Lincoln Avenue, Nazareth, PA 18064-2610 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| HARRY B. REESE | on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com |
| KERI P EBECK | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Pamela Darlene Johnson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

District/off: 0313-4                                          User: admin                                                Page 2 of 2
Date Rcvd: Oct 17, 2025                                  Form ID: pdf900                                       Total Noticed: 1

REGINA COHEN
                 on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
                 ECFMail@ReadingCh13.com

United States Trustee
                 USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Pamela Darlene Johnson<br>aka Pamela D. Johnson<br><div align=right>Debtor(s)</div> | Chapter 13 Proceeding<br><br>20-14817 PMM |
| BANK OF AMERICA, N.A.<br><div align=right>Movant</div><br>v.<br>Pamela Darlene Johnson<br>aka Pamela D. Johnson<br>and<br>Scott F. Waterman, Esquire<br><div align=right>Respondents</div> | |

**ORDER APPROVING STIPULATION**

AND NOW, this _17th_ day of _October_____, 202_5_ , the Stipulation Resolving BANK OF

AMERICA, N.A.'s Motion for Relief from the Automatic Stay is hereby approved by the Court.


_____

United State Bankruptcy Judge
Patricia M. Mayer