EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

| | |
|---|---|
| Pamela Darlene Johnson,<br><br>*Debtor*. | Chapter 13<br>Case No. 20-14817-PMM |

### Order Granting Debtor's Motion to Modify Chapter 13 Plan

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan filed as ECF No. 65 (the "Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The modified plan filed as ECF No. 64 is **APPROVED**.

Date:  11/6/25

*Patricia M. Mayer*
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge