**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Pamela Darlene Johnson** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** (State) |
| Case Number | **20-14817-PMM** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made       12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** CARRINGTON MORTGAGE SERVICES, LLC

**Court claim no.** (if known): 6-2

**Last 4 digits** of any number you use to identify the debtor's account: 0 3 1 8

**Property Address:** 323 LINCOLN AVE
Number    Street

NAZARETH    PA    18064
City    State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 20,109.76 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 20,109.76 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 20,109.76 |

# Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:    $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

# Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:    $ 5,330.00

# Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman
Signature

Date: 01/22/2026

Trustee: Scott F. Waterman
First Name    Middle Name    Last Name

Address: 2901 St. Lawrence Avenue, Suite 100
Number    Street

Reading    PA    19606
City    State    ZIP Code

Contact phone: (610) 779-1313    Email: info@ReadingCh13.com

| Debtor 1 | **Pamela Darlene Johnson** | | Case Number **20-14817-PMM** | | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 6-2 | BANK OF AMERICA  N.A. | Pre-Petition Arrears | 08/20/2021 | 17220276 | Disbursement To Creditor/Principal | 303.95 |
| 6-2 | BANK OF AMERICA  N.A. | Pre-Petition Arrears | 09/24/2021 | 17221255 | Disbursement To Creditor/Principal | 445.86 |
| 6-2 | BANK OF AMERICA  N.A. | Pre-Petition Arrears | 10/22/2021 | 17222313 | Disbursement To Creditor/Principal | 445.86 |
| 6-2 | BANK OF AMERICA  N.A. | Pre-Petition Arrears | 11/19/2021 | 17223235 | Disbursement To Creditor/Principal | 455.76 |
| 6-2 | BANK OF AMERICA  N.A. | Pre-Petition Arrears | 12/17/2021 | 17224185 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | BANK OF AMERICA  N.A. | Pre-Petition Arrears | 01/21/2022 | 17225133 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 02/18/2022 | 17226214 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 03/18/2022 | 17227173 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 04/22/2022 | 17228173 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 05/17/2022 | 17229162 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 06/27/2022 | 17230012 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 07/22/2022 | 17231022 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 08/19/2022 | 17231966 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 09/23/2022 | 17232916 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 10/21/2022 | 17233894 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 11/18/2022 | 17234863 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 12/16/2022 | 17235783 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 01/20/2023 | 17236733 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 02/17/2023 | 17237672 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 03/17/2023 | 17238557 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 04/21/2023 | 17239477 | Disbursement To Creditor/Principal | 455.77 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 05/19/2023 | 17240385 | Disbursement To Creditor/Principal | 450.81 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 06/16/2023 | 17241240 | Disbursement To Creditor/Principal | 450.81 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 07/21/2023 | 17242064 | Disbursement To Creditor/Principal | 450.81 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 08/18/2023 | 17242951 | Disbursement To Creditor/Principal | 450.81 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 09/22/2023 | 17243775 | Disbursement To Creditor/Principal | 450.81 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 10/20/2023 | 17244597 | Disbursement To Creditor/Principal | 445.86 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 11/17/2023 | 17245418 | Disbursement To Creditor/Principal | 445.86 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 12/15/2023 | 17246190 | Disbursement To Creditor/Principal | 445.86 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 01/22/2024 | 17246979 | Disbursement To Creditor/Principal | 445.86 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 02/16/2024 | 17247831 | Disbursement To Creditor/Principal | 445.86 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 03/15/2024 | 17248627 | Disbursement To Creditor/Principal | 445.86 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 04/19/2024 | 17249470 | Disbursement To Creditor/Principal | 445.86 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 05/24/2024 | 17250306 | Disbursement To Creditor/Principal | 445.86 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 06/21/2024 | 17251122 | Disbursement To Creditor/Principal | 445.85 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 07/19/2024 | 17251896 | Disbursement To Creditor/Principal | 445.86 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 09/20/2024 | 17253456 | Disbursement To Creditor/Principal | 891.72 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 10/15/2024 | 17254225 | Disbursement To Creditor/Principal | 450.81 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 11/15/2024 | 17254959 | Disbursement To Creditor/Principal | 450.81 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 12/20/2024 | 17255726 | Disbursement To Creditor/Principal | 450.81 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 02/21/2025 | 17257232 | Disbursement To Creditor/Principal | 901.63 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 04/17/2025 | 17258882 | Disbursement To Creditor/Principal | 468.15 |
| 6-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 05/22/2025 | 17259648 | Disbursement To Creditor/Principal | 383.67 |
| | | | | | Total for Claim Number 6-2: | 20,109.76 |

**Total for Part 3 - b (Prepetition Arrears):** 20,109.76

**Part 5 (Postpetition Fees, Expenses, and Charges)**

| Debtor 1 | **Pamela Darlene Johnson** | Case Number **20-14817-PMM** | Page 2 |
|---|---|---|---|
| | Name | | |

## History Of Payments

**Part 5 (Postpetition Fees, Expenses, and Charges)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 6-2 | CARRINGTON MORTGAGE SI | Post Petition Arrears | 11/21/2025 | 17264642 | Disbursement To Creditor/Principal | 2,518.38 |
| 6-2 | CARRINGTON MORTGAGE SI | Post Petition Arrears | 12/17/2025 | 17265391 | Disbursement To Creditor/Principal | 1,786.00 |
| 6-2 | CARRINGTON MORTGAGE SI | Post Petition Arrears | 01/16/2026 | 17266140 | Disbursement To Creditor/Principal | 1,025.62 |
| | | | | | Total for Claim Number 6-2: | 5,330.00 |
| | | | | | **Total for Part 5 (Postpetition Fees, Expenses, and Charges):** | **5,330.00** |