Certificate Number: 16339-PAE-DE-040573622

Bankruptcy Case Number: 20-14817



16339-PAE-DE-040573622

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 2, 2026, at 12:02 o'clock PM EST, Pamela Johnson completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 2, 2026            By:    /s/Kris Krumal

                                   Name:  Kris Krumal

                                   Title: Certified Financial Counselor