United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Pamela Darlene Johnson  
    Debtor

Case No. 20-14817-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Feb 03, 2026      Form ID: 138OBJ      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Darlene Johnson, 323 Lincoln Avenue, Nazareth, PA 18064-2610 |
| 14577427 | + | Ally Financial Inc., c/o Regina Cohen, Esq., 190 North Independence Mall West, Ste 50, 6th and Race Streets, Philadelphia, PA 19106-1554 |
| 14574256 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14666244 | + | Bank of America, N.A., c/o Jill Manuel-Coughlin, Esq, 8 Neshaminy Interplex, Ste 215, Trevose, PA 19053-6980 |
| 14571056 | + | Dennis Johnson, 919 East. 4th Street, Bethlehem, PA 18015-1903 |
| 14571069 | + | NBMA, PO Box 194, Nazareth, PA 18064-0194 |
| 14571067 | + | Nazareth Borough, 134 S.Main Street, Nazareth, PA 18064-2015 |
| 14571068 | + | Nazareth Borough Muni Authority, PO Box A, Nazareth, PA 18064-0450 |
| 14571070 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14571071 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First FCU, 2141 Downyflake Lane, Allentown, PA 18103 |
| 14571073 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14571074 | + | Pierce & Steirer, LLC, 124 Belvidere Street, Nazareth, PA 18064-2114 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 04 2026 00:42:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 04 2026 00:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14590162 | | Email/Text: ally@ebn.phinsolutions.com | Feb 04 2026 00:42:00 | Ally Bank, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14620452 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2026 00:41:22 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14571045 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 04 2026 00:42:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14571046 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2026 00:41:14 | American Express National Bank, c/o Becket and Lee LLP, PO BOX 3001, Malvern, PA 19355-0701 |
| 14571047 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 04 2026 00:42:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14571048 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Feb 04 2026 00:42:00 | Bank of America, N. A., P.O. Box 982284, El Paso, TX 79998-2284 |
| 14586510 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 04 2026 00:42:00 | Bank of America, N.A, P.O. Box 31785, Tampa FL 33631-3785 |

Case 20-14817-pmm    Doc 87    Filed 02/05/26    Entered 02/06/26 00:40:15    Desc Imaged
                               Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2026 | Form ID: 138OBJ | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14667461 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 04 2026 00:42:00 | BANK OF AMERICA, N.A., 1600 S. Douglass Rd., Anaheim, CA, 92806 |
| 14571053 | | Email/Text: megan.harper@phila.gov | Feb 04 2026 00:42:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14571054 | | Email/Text: megan.harper@phila.gov | Feb 04 2026 00:42:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14571049 | + | Email/Text: bankruptcy@cavps.com | Feb 04 2026 00:42:00 | Calvary SPVI, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14571050 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2026 00:41:27 | Capital One Bank, PO BOX 71083, Charlotte, NC 28272-1083 |
| 14571051 | + | Email/Text: ecf@ccpclaw.com | Feb 04 2026 00:42:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14571055 | + | Email/Text: bankruptcy@philapark.org | Feb 04 2026 00:42:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14571057 | | Email/Text: mrdiscen@discover.com | Feb 04 2026 00:42:00 | Discover Bank, Discover Products, Inc., P.O. Box 3025, New Albany, OH 43054-3025 |
| 14571058 | | Email/Text: bankruptcycourts@equifax.com | Feb 04 2026 00:42:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14571059 | ^ | MEBN | Feb 04 2026 00:31:37 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14590163 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 04 2026 00:42:00 | Harley Davidson Credit, P.O. Box 21850, Carson City, NV 89721-1850 |
| 14576389 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 04 2026 00:42:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14571060 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 04 2026 00:42:00 | Harley-Davidson Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 14571061 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 04 2026 00:42:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14571063 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2026 00:42:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56303 |
| 14571064 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 00:51:54 | LVNV Funding, Resurgent Capital Services, PO box 10587, Greenville SC 29603-0587 |
| 14571065 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Feb 04 2026 00:42:00 | Met-Ed, 101 Crawford's Corner Rd, Bldg #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14571066 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2026 00:42:00 | Midland Funding, LLC, P.O. Box 2001, Warren, MI 48090-2001 |
| 14571075 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2026 00:41:22 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk VA 23541 |
| 14571072 | + | Email/Text: bankruptcy@philapark.org | Feb 04 2026 00:42:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14571076 | | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2026 00:42:00 | Quantum3 Group LLC For CF Medical LLC, PO BOX 788, Kirkland, WA 98083-0788 |
| 14573337 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 04 2026 00:41:32 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14571077 | | Email/PDF: ebn_ais@aisinfo.com | Feb 04 2026 00:51:47 | T-Mobile USA, 4515 N. Sante Fe Avenue, Oklahoma City, OK 73118 |
| 14571078 | | Email/Text: DASPUBREC@transunion.com | Feb 04 2026 00:42:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2026 | Form ID: 138OBJ | Total Noticed: 45 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14571626 | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14571052 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14571062 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14573444 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| HARRY B. REESE | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor BANK OF AMERICA N.A. karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KERI P EBECK | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Pamela Darlene Johnson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 86 − 79

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Pamela Darlene Johnson )  Case No. 20−14817−pmm
   aka Pamela D. Johnson )
    )
   Debtor(s). )  Chapter: 13
    )
    )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 3, 2026                                                For The Court

                                                                                             Mohung Wong
                                                                                             Clerk of Court