United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                Case No. 20-14817-pmm

Pamela Darlene Johnson                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 06, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Pamela Darlene Johnson, 323 Lincoln Avenue, Nazareth, PA 18064-2610

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

**Name**     **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor BANK OF AMERICA  N.A. denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com

HARRY B. REESE
on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

KARINA VELTER
on behalf of Creditor BANK OF AMERICA  N.A. Kvelter@duanemorris.com, bankruptcy@powerskirn.com

KERI P EBECK
on behalf of Creditor Harley-Davidson Credit Corp. kebeck@metzlewis.com
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MICHAEL A. CIBIK

District/off: 0313-4        User: admin        Page 2 of 2

Date Rcvd: Aug 06, 2026        Form ID: 195        Total Noticed: 1

       on behalf of Debtor Pamela Darlene Johnson help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

REGINA COHEN

       on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]

       ECFMail@ReadingCh13.com

United States Trustee

       USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                              : Chapter 13

Pamela Darlene Johnson                                              : Case No. 20−14817−pmm
              Debtor(s)

***ORDER***
_____

    AND NOW, this day , August 5, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                                        By The Court

                                        Patricia M. Mayer
                                        Judge, United States Bankruptcy Court

                                                                              Form 195