**Fill in this Information to identify the case:**

Debtor 1 Pamela Johnson
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: ________ District of PA (State)

Case number: 20-14817

FILED
AUG 31 2026
CLERK OF COURT
DEP. CLERK
AO

**Form 1340 (12/23)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| | |
|---|---|
| Amount: | 4,680.00 |
| Claimant's Name: | Nazareth Borough Municipal Authority |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 872 Tatamy Rd<br>PO BOX A<br>Nazareth, PA 18064 |

### 2. Claimant Information

Applicant[2] represents the following:

- [x] The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
______________________________
______________________________.
- [ ] If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

- [x] Applicant is the Claimant.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

1 The Claimant is the party entitled to the unclaimed funds.
2 The Applicant is the party filing the application. The Applicant and Claimant may be the same.
3 The Owner of Record is the original payee.

**4. Supporting Documentation**

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**5. Notice to United States Attorney**

☐ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
__________ District of ____________
*[Court enters address here]*

**6. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: 8/25/2026

Nicole Romanisha
Signature of Applicant

Nicole Romanishan
Printed Name of Applicant

Address:
PO BOX A
NAZARETH, PA 18064
Telephone: 610-759-0727

Email: nromanishan@[illegible]bma.com

**6. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152.

Date: ____________________

____________________
Signature of Co-Applicant (if applicable)

____________________
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: ____________________

Email: ____________________

**7. Notarization**
STATE OF PENNSYLVANIA

COUNTY OF NORTHAMPTON

This Application for Unclaimed Funds, dated August 25, 2026 was subscribed and sworn to before me this 25th day of August, 2026 by

NICOLE ROMANISHAN
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

*[Notarial wording to be adjusted based on state requirements]*

(SEAL) Notary Public Laura Lee Staudt

My commission expires: 12/30/26

Commonwealth of Pennsylvania - Notary Seal
Laura Lee Staudt, Notary Public
Northampton County
My commission expires December 30, 2026
Commission number 1159385
Member, Pennsylvania Association of Notaries

**7. Notarization**
STATE OF____________________

COUNTY OF____________________

This Application for Unclaimed Funds, dated
____________ was subscribed and sworn to before me this_____day of____________, 20_____by

____________________
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

*[Notarial wording to be adjusted based on state requirements]*

(SEAL) Notary Public____________________

My commission expires:

# U.S. Courts Unclaimed Funds Locator

Home About

## Court / PAEB

Edit Search

| | | | |
|---|---|---|---|
| **Case Number** | 20-14817 | **Page Total** | $4,680.00 |
| **Last/Business Name** | Johnson | **First Name** | Pamela |

## Creditors | 3

| | Court | Creditor Name* | Amount |
|---|---|---|---|
| ✉ | PAEB | Nazareth Borough Muni Authority | $627.69 |
| ✉ | PAEB | Nazareth Borough Muni Authority | $443.94 |
| ✉ | PAEB | Nazareth Borough Muni Authority | $3,608.37 |

First Prev Next Last

Version 3.03e - © 2015-2026 US Courts - Collaboratively Developed Software (VAEB)