**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Pennsylvania**

| | | |
|---|---|---|
| In re: Pamela Darlene Johnson | ) | Case No. 20-14817-pmm |
| | ) | |
| | ) | |
| | ) | |
| *Debtor(s)* | ) | Chapter 13 |

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On August 31, 2026, an application was filed for the Claimant(s), Nazareth Borough Municipal Authority, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $4680.00 held in unclaimed funds be made payable to Nazareth Borough Municipal Authority and be disbursed to the payee at the following address:
872 Tatamy Rd, PO Box A, Nazareth, PA 18064.
The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**Date:**

**September 8, 2026**

Patricia M. Mayer

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**