United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 20-14817-pmm
Pamela Darlene Johnson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 2
Date Rcvd: Sep 08, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Darlene Johnson, 323 Lincoln Avenue, Nazareth, PA 18064-2610 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA N.A. denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| HARRY B. REESE | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor BANK OF AMERICA N.A. Kvelter@duanemorris.com, bankruptcy@powerskirn.com |
| KERI P EBECK | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHAEL A. CIBIK | |

on behalf of Debtor Pamela Darlene Johnson help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

REGINA COHEN
on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Pennsylvania**

| | | |
|---|---|---|
| In re: Pamela Darlene Johnson | ) | Case No. 20-14817-pmm |
| | ) | |
| | ) | |
| | ) | |
| *Debtor(s)* | ) | Chapter 13 |

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On August 31, 2026, an application was filed for the Claimant(s), Nazareth Borough Municipal Authority, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $4680.00 held in unclaimed funds be made payable to Nazareth Borough Municipal Authority and be disbursed to the payee at the following address: 872 Tatamy Rd, PO Box A, Nazareth, PA 18064. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**Date:**

**September 8, 2026**

Patricia M. Mayer

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**